**In re: Abu–Ali ABDUR'RAHMAN, Movant (02–6547).**

**In re: Abu–Ali Abdur'Rahman, Petitioner–Appellant (02–6548),**

v.

**Ricky BELL, Warden, Respondent–Appellee.**

**Nos. 02–6547, 02–6548.**

United States Court of Appeals, Sixth Circuit.

June 6, 2003.

Before: MARTIN, Chief Judge; BOGGS, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, GIBBONS, ROGERS, SUTTON, and COOK, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and these cases are restored to the docket as a pending appeal. It is further **ORDERED** that the execution of sentence is stayed pending further order of this Court.

The Clerk will direct the parties to file supplemental briefs and will schedule these cases for oral argument at a later date.